**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MELVIN SMITH, JR.**                                                                                    **PLAINTIFF**

**v.**                                              **No. 4:20-cv-858-JM**

**LESLIE RUTLEDGE,**
**Attorney General, State of**
**Arkansas**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 23rd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE